UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| GILBERT VELARDE,<br><br>PLAINTIFF,<br><br>ANDREW PHILLIP ENCINIAS,<br><br>DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CAUSE NO.: 3:23-CV-00149-DCG |

**PLAINTIFF'S FIRST AMENDED COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, GILBERT VELARDE, PLAINTIFF in the above styled and numbered cause by and through his attorney of record, JAMES B. KENNEDY, JR. of JAMES KENNEDY, P.L.L.C., and files this, Plaintiff's Complaint, and for cause of action would show the court the following:

**PARTIES TO THIS ACTION**

2. Plaintiff Gilbert Velarde is an individual residing in El Paso County at 3084 Coyote Pass Ln. El Paso, Texas 79938.

3. Defendant Andrew Phillip Encinias is an individual who may be served with process at his usual place of residence in Luna County at 665 Rivera Rd SE, Deming, NM 88030, or wherever Defendant may be found.

**JURISDICTION**

4. This Court has jurisdiction over the subject matter and parties pursuant to 28 U.S.C. § 1332.

## FACTS

5.   On or about March 23, 2022, Defendant ANDREW PHILLIP ENCINIAS negligently caused an accident with Plaintiff, which resulted in severe injuries and damages to Plaintiff (hereinafter "subject accident"). Specifically, Defendant Andrew Phillip Encinias failed to control his vehicle and slammed into Plaintiff while Plaintiff was inside a border patrol checkpoint structure. Defendant's crash caused Plaintiff to be thrown violently within his checkpoint structure. The negligence of Defendant Andrew Phillip Encinias is alleged more fully below. The subject accident was the proximate cause of the injuries and damages sustained by Plaintiff, which are set forth more fully below.

## CAUSE OF ACTION

6.   Defendant ANDREW PHILLIP ENCINIAS proximately caused the subject accident by ways including, but not limited to, the following:

   a.   Failed to use the due care and caution of an ordinary and prudent person in the same or similar circumstances;

   b.   Failed to keep a proper evasive action;

   c.   Failed to keep a proper look-out;

   d.   Failed to control his vehicle;

   e.   Careless Driving;

   f.   Committed other negligent acts and omissions to be determined throughout the course of discovery in this lawsuit.

7.   The above referenced acts and omissions, whether taken singularly or in concert, constitute a direct and proximate cause of the injuries and damages sustained by Plaintiff.

## DAMAGES

8. As a direct and proximate result of the negligent acts as described above, Plaintiff GILBERT VELARDE suffered:

    (a) Physical pain and suffering and mental anguish, past and future;

    (b) Physical impairment and disfigurement, past and future;

    (c) Reasonable and necessary medical expenses, past and future;

    (d) Lost wages and/or loss of wage earning capacity; and

    (e) Other damages;

9. PLAINTIFF GILBERT VELARDE seeks compensation in whatever amount the Jury determines to be fair and reasonable based upon the evidence, and in an amount that is within the jurisdictional limits of this Court, over $1,000,000.00.

## JURY REQUEST

10. Plaintiff hereby requests a trial by Jury on all issues as set forth herein above.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that Defendant Andrew Phillip Encinias be cited to appear and answer, and that on final trial, judgment be entered against Defendant for all relief requested as follows:

1. Judgement against for actual damages in an amount that is within the jurisdictional limits of this Court, more over $1,000,000.00

2. Pre and post-judgment interest, as described by law, until paid;

3. Costs of suit; and

    4.      Such other and further relief, general and special, at law or at equity, to which may be justly entitled.

Respectfully Submitted,

**JAMES KENNEDY, P.L.L.C.**
6216 Gateway Blvd. East
El Paso, Texas 79905
(915) 544-5200
Facsimile: (915) 532-2423
*E-Service ONLY: courts@epinjury.com*

By: */s/ James Kennedy*
    **JAMES B. KENNEDY, JR.**
    State Bar: 00791014

## CERTIFICATE OF SERVICE

I, James B. Kennedy, Jr., do hereby certify that a true and correct copy of the foregoing document was forwarded to David Larsen at Mayer LLP, 9400 Holly Avenue NE Building 3, Albuquerque, NM 87122 on this 4th day of May, 2023 via electronically filing the foregoing document with the Clerk of the Court using an e-filing service provider which will send notification of such filing to attorney for Defendant.

*/s/ James Kennedy*
**JAMES B. KENNEDY, JR.**