**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **GILBERT VELARDE**, | § | |
| | § | |
| *Plaintiff,* | § | |
| **v.** | § | |
| | § | |
| **ANDREW PHILLIP ENCINIAS, AND** | § | **EP-23-CV-00149-DCG** |
| **ROCKY MOUNTAIN** | § | |
| **TRANSPORTATION, INC.** | § | |
| | § | |
| *Defendant.* | § | |

**<u>ORDER DISMISSING CASE WITH PREJUDICE</u>**

The parties have advised the Court that "[a]ll matters in controversy between Plaintiff and Defendants have been fully resolved." Joint Stipulation, ECF No. 33. The parties thus ask that the Court dismiss all of Plaintiff's claims against Defendants in their entirety and with prejudice. *Id.* at 1.

Accordingly, **IT IS ORDERED** that all claims asserted by Plaintiff Gilbert Velarde in this action against Defendants Andrew Phillip Encinias and Rocky Mountain Transportation, Inc. are **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs.

The Court further **VACATES** its "Scheduling Order" (ECF No. 10) and its Pretrial, Trial, and Posttrial Order (ECF No. 32)—including the Pretrial Conference set for October 17, 2024 and the Jury Trial set for October 28, 2024.

**IT IS FURTHER ORDERED** that the District Clerk shall **CLOSE** this case.

**So ORDERED and SIGNED this 5th day of August 2024.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**